<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BENZ, et al., | No. C-10-00729 EDL |
| Plaintiffs, | **JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| DONALD L. TASTO, et al., | |
| Defendants. / | |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case to Judge Claudia Wilken to consider whether it is related to <u>Craters & Freighters v. Daisychain Enterprises</u>, C-09-4531 CW (JCS). The above-captioned case raises issues of insufficient service of the summons and complaint in <u>Craters</u> that were also raised in the objections to the Report and Recommendation Regarding Plaintiff's Motion for Default Judgment and in the Motion to Dismiss in <u>Craters</u>. Plaintiffs may file any response in opposition to or support of relating the cases within seven days of receipt of this Order.

**IT IS SO ORDERED.**

Dated: May 27, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge